**Rhonda RAMIREZ, Plaintiff–Appellant,**

v.

**COMMISSIONER OF SOCIAL SECURITY, Defendant–Appellee.**

No. 11–15128
Non–Argument Calendar.

United States Court of Appeals,
Eleventh Circuit.

March 27, 2012.

Michael A. Steinberg, Michael A. Steinberg & Associates, Tampa, FL, for Plaintiff–Appellant.

Diane Schulman, Jerome M. Albanese, Megan Elizabeth Gideon, Holly Abernethy A. Grimes, Mary Ann Sloan, Dennis Robert Williams, Social Security Administration, Office of the General Counsel, Atlan-

---

1. DeLeon's request for oral argument is DENIED.

ta, GA, Robert E. O'Neill, John F. Rudy, III, U.S. Attorney's Office, Tampa, FL, for Defendant–Appellee.

Before CARNES, PRYOR and KRAVITCH, Circuit Judges.

PER CURIAM:

Rhonda Ramirez appeals the district court's decision affirming the Commissioner's denial of her applications for a period of disability, disability insurance benefits, and supplemental security income benefits. She contends that her "borderline intellectual functioning" was inconsistent with the general learning ability levels required for the jobs the vocational expert determined she could do. She did not raise this issue before the district court, however, and we generally will not consider an argument not raised before the district court. *See Kelley v. Apfel,* 185 F.3d 1211, 1215 (11th Cir.1999). We decline to do so here.

**AFFIRMED.**